GEORGE A. YUHAS (STATE BAR NO. 78678)
CHRISTIAN BROWN (STATE BAR NO. 233147)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
PAYPAL, INC.

\* E-filed 10/13/06 \*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT BURSESE,<br><br>             Plaintiff,<br><br>    v.<br><br>PAYPAL, INC., a Delaware corporation,<br><br>             Defendant. | Case No.  C 06 0636 RMW<br><br>[PROPOSED] ORDER EXTENDING DEADLINE FOR ATTENDANCE OF EARLY NEUTRAL EVALUATION SESSION |

After consideration of the Stipulated Request for an Order Extending the Deadline for Attendance of an Early Neutral Evaluation Session and the accompanying Declaration of Christian Brown in support thereof,

IT IS HEREBY ORDERED THAT:

(1) The parties have until November 10, 2006 to attend an Early Neutral Evaluation Session.

```
PURSUANT TO STIPULATION,
IT IS SO ORDERED.
```

Dated: October 13, 2006

/s/ Ronald M. Whyte
Hon. Ronald Whyte
United States District Court Judge