MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
JUAN ENRIQUE PEARCE (SBN 236228)
GONZALEZ & LEIGH LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiff
SCOTT BURSESE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED 4/19/07*

| | |
|---|---|
| SCOTT BURSESE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL, INC. a Delaware corporation,<br><br>Defendant. | Case No. C 06-00636 RMW<br><br>**STIPULATION FOR CONTINUANCE OF TRIAL DATE AND MODIFICATION OF CASE MANAGEMENT ORDER**<br><br>Judge:  Hon. Ronald M. Whyte<br>Trial Date: June 4, 2007 |

WHEREAS:

On March 29, 2007, Defendant PayPal, Inc. contacted Plaintiff to seek a one week continuance for trial in this matter, currently scheduled for June 4, 2007, citing the unavailability of a client representative.

On March 30, 2007, Plaintiff indicated a desire to conduct limited discovery—namely, to depose Sandy Cruze, Wei Wei, and the person most knowledgeable at PayPal about the option exercise experiences of eBay and PayPal employees, as identified by Defendant PayPal, Inc.

The parties, pursuant to a stipulation, hereby agree and respectfully request that the Court:

1.   Continue the trial date until June 11, 2007, and

2. Modify the Case Management Order to allow Plaintiff to depose three additional individuals: Sandy Cruze, Wei Wei, and the person most knowledgeable for PayPal's person most knowledgeable at PayPal about the option exercise experiences of eBay and PayPal employees, as identified by Defendant PayPal, Inc.

Dated: April 11, 2007                             GONZALEZ & LEIGH LLP

By: /s/ G. Whitney Leigh
G. WHITNEY LEIGH


ORRICK, HERRINGTON & SUTCLIFFE

Dated: April 11, 2007

By: /s/ Chris Brown
CHRIS BROWN

## [PROPOSED] ORDER

The parties have entered into a stipulation to continue the date of trial to June 11, 2007 and to modify the Case Management Order to allow Plaintiff to depose Sandy Cruze, Wei Wei, and the person most knowledgeable at PayPal about the option exercise experiences of eBay and PayPal employees, as identified by Defendant PayPal, Inc.

In light of the stipulation and good cause being found, IT IS HEREBY ORDERED, that:

1. The trial date be continued until June 11, 2007.

2. The Case Management Order be modified to allow Plaintiff to depose Sandy Cruze, Wei Wei, and the person most knowledgeable at PayPal about the option exercise experiences of eBay and PayPal employees, as identified by Defendant PayPal, Inc.

**IT IS SO ORDERED.**

Dated: 4/19/07

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Court Judge